# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: GALLEGOS, KATHLEEN | § Case No. 08-14645 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/16/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2011      By: /s/DEBORAH K. EBNER
                                  Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GALLEGOS, KATHLEEN § Case No. 08-14645
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 65,000.33 |
| and approved disbursements of | $ | 47,500.00 |
| leaving a balance on hand of [1] | $ | 17,500.33 |

**Balance on hand:** $ 17,500.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,500.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 5,750.02 | 0.00 | 5,750.02 |
| Trustee, Expenses - DEBORAH K. EBNER | 89.08 | 0.00 | 89.08 |

Total to be paid for chapter 7 administration expenses: $ 5,839.10
Remaining balance: $ 11,661.23

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,661.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,661.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,506.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,488.34 | 0.00 | 4,690.42 |
| 2 | Roundup Funding, LLC | 4,444.78 | 0.00 | 1,346.04 |
| 3 | Roundup Funding, LLC | 8,723.17 | 0.00 | 2,641.68 |
| 4 | eCAST Settlement Corp.assignee of HSBC Bank NV & its Assign | 1,599.25 | 0.00 | 484.31 |
| 5 | GE Money Bank c/o Recovery Management Systems Corporation | 1,447.84 | 0.00 | 438.46 |
| 6 | GE Money Bank c/o Recovery Management Systems Corporation | 1,340.19 | 0.00 | 405.86 |
| 7 | FIA Card Services,NA/BOA by American InfoSource LP as agent | 5,463.25 | 0.00 | 1,654.46 |

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 11,661.23 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 08-14645-BWB
Kathleen Gallegos                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 1           Date Rcvd: Aug 10, 2011
                               Form ID: pdf006             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2011.
```
db         +Kathleen Gallegos,    2233 Hillsboro Ct.,    Aurora, IL 60503-6733
aty        +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
tr         +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
12306664   +Bank Of America,    P. O. Box 17054,    Wilmington, DE 19884-0001
12306665   +Barclay's Bank Delaware,    1007 N. Orange Street,    Wilmingtron, DE 19801-1239
12306663   +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
12306662   +Gallegos Kathleen,    2233 Hillsboro Ct,    Aurora, IL 60503-6733
12306669   +HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
12306671   +Target NB,    P. O. Box 673,    Minneapolis, MN 55440-0673
12306672    Washington Mutual/Providian,    P. O. Box 9007,    Pleasanton, CA 94566
17109914    eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
             Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16893580      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2011 01:20:57     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12306666     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2011 01:20:57     Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
17304593      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2011 01:19:09
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
17259218      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12306667     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:59     GEMB/PPBYCR,    PO Box 981064,
               El Paso, TX 79998-1064
12306668      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58     GEMB/QVC,
               c/o Recovery Management Systems Corp,    25 S.E. 2nd Ave Ste 1120,    Miami, FL 33131-1605
12306670     +E-mail/Text: bankrup@nicor.com Aug 11 2011 00:47:29     Nicor Gas,    P. O. Box 418,
               Aurora, IL 60568-0001
16918759      E-mail/PDF: BNCEmails@blinellc.com Aug 11 2011 01:20:54     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2011          Signature: _/s/ Joseph Speetjens_