# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GALLEGOS, KATHLEEN           Case No. 08-14645

                                                                Chapter 7
                         Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00           Assets Exempt: $18,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,661.56      Claims Discharged
                                                Without Payment: $34,609.26

Total Expenses of Administration: $38,339.10

---

3) Total gross receipts of $ 65,000.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $50,000.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,339.10 | 38,339.10 | 38,339.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 44,150.00 | 38,506.82 | 38,506.82 | 11,661.56 |
| **TOTAL DISBURSEMENTS** | $44,150.00 | $76,845.92 | $76,845.92 | $50,000.66 |

     4) This case was originally filed under Chapter 7 on June 06, 2008. The case was pending for 42 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2011          By: /s/DEBORAH K. EBNER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible monies as a result of lawsuit, i.e. Kat | 1142-000 | 65,000.00 |
| Interest Income | 1270-000 | 0.66 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kathleen Gallegos | | 8100-002 | 0.00 |
| Kathleen Gallegos | Per Order of 4/15/11 docket #29 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 5,750.02 | 5,750.02 | 5,750.02 |
| DEBORAH K. EBNER | 2200-000 | N/A | 89.08 | 89.08 | 89.08 |
| Peter Flowers & Foote Meyers Mielke & Flowers, LLC | 3210-000 | N/A | 26,000.00 | 26,000.00 | 26,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Peter Flowers & Foote Meyers Mielke & Flowers, LLC | 3220-000 | | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 38,339.10 | 38,339.10 | 38,339.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,859.00 | 15,488.34 | 15,488.34 | 4,690.55 |
| 2 | Roundup Funding, LLC | 7100-000 | 4,116.00 | 4,444.78 | 4,444.78 | 1,346.08 |
| 3 | Roundup Funding, LLC | 7100-000 | 8,280.00 | 8,723.17 | 8,723.17 | 2,641.76 |
| 4 | eCAST Settlement Corp.assignee of HSBC Bank | 7100-000 | 1,299.00 | 1,599.25 | 1,599.25 | 484.32 |
| 5 | GE Money Bank c/o Recovery Management Systems | 7100-000 | 1,342.00 | 1,447.84 | 1,447.84 | 438.47 |
| 6 | GE Money Bank c/o Recovery Management Systems | 7100-000 | 1,340.00 | 1,340.19 | 1,340.19 | 405.87 |
| 7 | FIA Card Services,NA/BOA by American InfoSource LP as | 7100-000 | 5,150.00 | 5,463.25 | 5,463.25 | 1,654.51 |
| NOTFILED | Capital one Bank | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual/Providian | 7100-000 | 4,428.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital one Bank | 7100-000 | 3,118.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 44,150.00 | 38,506.82 | 38,506.82 | 11,661.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14645  
**Case Name:** GALLEGOS, KATHLEEN  

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 06/06/08 (f)  
**§341(a) Meeting Date:** 07/09/08  

**Period Ending:** 12/04/11  
**Claims Bar Date:** 05/27/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account - Harris Bank | 200.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Checking account = Compass Bank in banks, saving | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Miscellaneous household goods and furnishings in | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Miscellaneous wearing apparel | 300.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Possible monies as a result of lawsuit, i.e. Kat | Unknown | 0.00 | | 65,000.00 | 0.00 |
| 6 | 1999 Plymouth Voyager | 4,200.00 | 1,800.00 | | 0.00 | FA |
| 7 | Checking account - Harris Bank  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Checking account = Compass Bank in banks, saving  DUPLICATES ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Miscellaneous household goods and furnishings in  DUPLICATES ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Miscellaneous wearing apparel  DUPLICATES ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Possible monies as a result of lawsuit, i.e. Kat  DUPLICATES ASSET | Unknown | 0.00 | | 0.00 | 0.00 |
| 12 | 1999 Plymouth Voyager  DUPLICATES ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.66 | Unknown |
| 13 | Assets  Totals (Excluding unknown values) | $5,300.00 | $1,800.00 | | $65,000.66 | $0.00 |

**Major Activities Affecting Case Closing:**

State Court malpractice case. State Court Judge has taken issue of validity of suit under advisement. Trustee continues to monitor.

**Initial Projected Date Of Final Report (TFR):**   December 30, 2014     **Current Projected Date Of Final Report (TFR):**   December 30, 2014

Printed: 12/04/2011 07:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-14645  
**Case Name:** GALLEGOS, KATHLEEN  

**Taxpayer ID #:** **-***8883  
**Period Ending:** 12/04/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/11 | {5} | Foote Meyers Mielke & Flowers, LLC IOLTA Account | | 1142-000 | 65,000.00 | | 65,000.00 |
| 05/11/11 | | To Account #9200******8666 | to distribute exemptions and atty fees and costs per order | 9999-000 | | 48,000.00 | 17,000.00 |
| 05/11/11 | 1001 | Kathleen Gallegos | Voided on 05/11/11 | 8100-002 | | ! 15,000.00 | 2,000.00 |
| 05/11/11 | 1001 | Kathleen Gallegos | Voided: check issued on 05/11/11 | 8100-002 | | ! -15,000.00 | 17,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 17,000.20 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.33 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.61 |
| 09/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 17,000.66 |
| 09/12/11 | | To Account #9200******8666 | To close | 9999-000 | | 17,000.66 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 65,000.66 | 65,000.66 | $0.00 |
| Less: Bank Transfers | | 0.00 | 65,000.66 | |
| **Subtotal** | | 65,000.66 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$65,000.66** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 12/04/2011 07:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-14645  
**Case Name:** GALLEGOS, KATHLEEN  
**Taxpayer ID #:** **-***8883  
**Period Ending:** 12/04/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/11 | | From Account #9200******8665 | to distribute exemptions and atty fees and costs per order | 9999-000 | 48,000.00 | | 48,000.00 |
| 05/11/11 | 101 | Kathleen Gallegos | Per Order of 4/15/11 docket #29 | 8100-002 | | 15,000.00 | 33,000.00 |
| 05/11/11 | 102 | Peter Flowers & Foote Meyers Mielke & Flowers, LLC | Per Order of 4/15/11 docket #29 | 3210-000 | | 26,000.00 | 7,000.00 |
| 05/11/11 | 103 | Peter Flowers & Foote Meyers Mielke & Flowers, LLC | Per Order of 4/15/11 docket #29 | 3220-000 | | 6,500.00 | 500.00 |
| 09/12/11 | | From Account #9200******8665 | To close | 9999-000 | 17,000.66 | | 17,500.66 |
| 09/19/11 | 104 | DEBORAH K. EBNER | Dividend paid 100.00% on $5,750.02, Trustee Compensation;  Reference: | 2100-000 | | 5,750.02 | 11,750.64 |
| 09/19/11 | 105 | DEBORAH K. EBNER | Dividend paid 100.00% on $89.08, Trustee Expenses;  Reference: | 2200-000 | | 89.08 | 11,661.56 |
| 09/19/11 | 106 | Discover Bank | Dividend paid  30.28% on $15,488.34; Claim# 1; Filed: $15,488.34; Reference: 6594 | 7100-000 | | 4,690.55 | 6,971.01 |
| 09/19/11 | 107 | Roundup Funding, LLC | Dividend paid  30.28% on $4,444.78; Claim# 2; Filed: $4,444.78; Reference: 8242 | 7100-000 | | 1,346.08 | 5,624.93 |
| 09/19/11 | 108 | Roundup Funding, LLC | Dividend paid  30.28% on $8,723.17; Claim# 3; Filed: $8,723.17; Reference: XXXX-XXXX-XXXX-1364 | 7100-000 | | 2,641.76 | 2,983.17 |
| 09/19/11 | 109 | eCAST Settlement Corp.assignee of HSBC Bank  NV & its Assign | Dividend paid  30.28% on $1,599.25; Claim# 4; Filed: $1,599.25; Reference: XXXX-XXXX-XXXX-5745 | 7100-000 | | 484.32 | 2,498.85 |
| 09/19/11 | 110 | GE Money Bank c/o Recovery Management Systems Corporation | Dividend paid  30.28% on $1,447.84; Claim# 5; Filed: $1,447.84; Reference: 8141 | 7100-000 | | 438.47 | 2,060.38 |
| 09/19/11 | 111 | GE Money Bank c/o Recovery Management Systems Corporation | Dividend paid  30.28% on $1,340.19; Claim# 6; Filed: $1,340.19; Reference: 0551 | 7100-000 | | 405.87 | 1,654.51 |
| 09/19/11 | 112 | FIA Card Services,NA/BOA by American InfoSource LP as agent | Dividend paid  30.28% on $5,463.25; Claim# 7; Filed: $5,463.25; Reference: 5242 | 7100-000 | | 1,654.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,000.66 | 65,000.66 | $0.00 |
| | | | Less: Bank Transfers | | 65,000.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 65,000.66 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$50,000.66** | |

{} Asset reference(s)

Printed: 12/04/2011 07:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-14645  
**Case Name:** GALLEGOS, KATHLEEN  

**Taxpayer ID #:** **-***8883  
**Period Ending:** 12/04/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******86-65 | 65,000.66 | 0.00 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 50,000.66 | 0.00 |
| | $65,000.66 | $50,000.66 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2011 07:23 PM    V.12.57